BETTY-JANE H. BAUMAN, as Executrix of BERNARD E. BAUMAN, Deceased, Respondent-Appellant, v. TOWN OF IRONDEQUOIT, Appellant, and LAURELTON FIRE DISTRICT OF THE TOWN OF IRONDEQUOIT, Respondent.— Order affirmed, without costs of these appeals to any party. Memorandum: We think the decisions in *Bloom* v. *Jewish Bd. of Guardians* (286 N. Y. 349); *Holmes* v. *County of Erie* (266 App. Div. 220, affd. 291 N. Y. 798), and *Bernardine* v. *City of New York* (294 N. Y. 361) which applied the waiver of immunity in the Court of Claims Act to municipalities overrules the decision in *Ottmann* v. *Village of Rockville Centre* (273 N. Y. 205) insofar as that decision might be held to bar the action against the defendant town. All concur. (In an action to recover damages for the death of plaintiff's intestate, appeal by defendant town from part of an order denying its motion to dismiss plaintiff's complaint; appeal by plaintiff from part of the same order which granted a motion by defendant fire district to dismiss the complaint as to it.) Present — McCurn, P. J., Vaughan, Kimball, Piper and Wheeler, JJ. [204 Misc. 494.] [See 283 App. Div. 767, 848.]

BRONISLAUS L. ZIOMEK, Respondent, v. EDWARD SCIERA et al., Appellants.— Judgment and order affirmed, with costs. All concur. (Appeals from a judgment for plaintiff in an automobile negligence action. The order denies a motion for a new trial.) Present — McCurn, P. J., Vaughan, Kimball, Piper and Wheeler, JJ.

CARL H. HAAS, Appellant, v. JAMES BROWN, Respondent.— Judgment insofar as appealed from and order reversed on the law and facts, with costs, and verdict of the jury reinstated. Memorandum: The court having submitted the issue of the extent of damages to the jury without objection, the sufficiency of the complaint in that regard could not be tested upon a motion for a new trial. The jury having returned a verdict in the amount testified to by the mechanic who repaired plaintiff's car, it was error for the court to disregard this sum and reduce the verdict to six cents. We also feel that the court was in error in refusing to grant the motion to amend the complaint to conform to the proof which was admitted without objection. All concur. (Appeal from part of a judgment for plaintiff for $267, which verdict was reduced to six cents by an order of the court, in an automobile negligence action.) Present — McCurn, P. J., Vaughan, Kimball, Piper and Wheeler, JJ.

DANTE ALBINI et al., Appellants, v. NEAL RAINEY et al., Respondents.— Judgment affirmed, with costs. All concur. (Appeal from a judgment dismissing the complaint of Rita Albini on motion at the close of the case, and a verdict of no cause of action as to plaintiff Dante Albini, in an automobile negligence action.) Present — McCurn, P. J., Vaughan, Kimball, Piper and Wheeler, JJ.

JEAN COCHRAN et al., Appellants, v. JAMES A. HUGHES, Respondent.— Judgment reversed on the facts and a new trial granted, with costs to the appellants to abide the event. Memorandum: We think the verdict of the jury was against the weight of evidence. All concur. (Appeal from a judgment for defendant for no cause of action in an automobile negligence action.) Present — McCurn, P. J., Vaughan, Kimball, Piper and Wheeler, JJ.